Manuel Beltran-Rios
Reg. No. 06699-081
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436



Petitioner appearing PRO-SE

UNITED STATES DISTRICT COURT

Manuel Beltran-Rios,        )
    Petitioner,         )     CV22-3269-CJC (SHK)
                        )
                        )     CIVIL COMPLAINT
v.                          )
                        )
                        )
Federal Bureau of Prisons,  )
    Respondent,         )
_____ )

    Comes now the Respondent, MANUEL BELTRAN-RIOS, appearing Pro-Se, to file with this Honorable Court of jurisdiction his "CIVIL COMPLAINT."

    The Respondent is currently an inmate serving a Federal Sentence, imposed by the United States District Court. The Respondent is designated to serve his sentence in the Federal Bureau of Prisons, specifically at the United States Penitentiary located in the city of Lompoc, in the state of California.

    The Respondent initiated an Administrative Remedy Process on April 07, 2021, which is the Federal Bureau of Prisons'(FBOP) method for inmates to address issues they are having with regard to any specific matter. The initial document that was filed, and which is the one that starts the Administrative Remedy Process, was a form called BP-08, "INFORMAL RESOLUTION." The filing of this document is done in an effort to resolve whatever issue the inmate has in an informal way, as the form itself suggests. Once there is a response to this request, if the inmate is not satisfied with the result, the inmate has the option to go ahead and file the next document in the Administrative Remedy Process, which is a form BP-09, "REQUEST FOR ADMINISTRATIVE REMEDY." This is filed at the institutional level.

As opposed to it's predecessor, the "INFORMAL RESOLUTION REQUEST", this gives the inmates' request a formal nature. This is basically the FBOP's grievance process. This BP-09 request, one it is filed, has a set amount of time in which the institution must respond to the inmates petition. If the inmate is not satisfied with the response, or the deadline expires without response, the inmate may file the next document in the process, which is a form BP-10, "REGIONAL ADMINISTRATIVE REMEDY APPEAL." That document goes to the regional director and also has a deadline. Same as before, once the response is received by the inmate, or the deadline expires without response, the inmate has the option to file the next and last document in the process, which is a form BP-11, "CENTRAL OFFICE ADMINISTRATIVE REMEDY APPEAL." This document is sent to the FBOP's Central Office in Washington, D.C., and is supposed to be the final step in the process, providing the inmate with a final response to his grievance.

The Petitioner in this Civil Complaint has been going through this process for over a year. The initial form BP-08 is dated April 07, 2021. The BP-09 form is dated May 14, 2021. The BP-10 form is dated June 23, 2021. And finally, the BP-11 form is dated October 22, 2021. Each filing, except for the initial one, is accompanied by copies of the previous document, plus copies of any attachment's the inmate wishes to add. Each document that is submitted must be copied four (4) times, so the packet when filing must include four (4) copies of each document the inmate attaches to his Administrative Remedy Request. The form BP-11, "CENTRAL OFFICE ADMINISTRATIVE REMEDY APPEAL", that was initially filed on October 22, 2021, has been returned three (3) times. On each of these occasions that it has been returned, the reason given for the rejection is the lack of copies that are required to file this appeal. Every time the packet has been sent, the corresponding copies have been included. The problem is that, the Petitioner has no way of proving this. When the Petitioner is ready to sent the packet, none of the staff is willing to inspect the package and certify that all the copies needed are in fact included in the envelope. Each time the Petitioner has to re-send this package, it is causing him to spend money that he barely has on postage and certified mail slips. The last week of April, 2022, the Petitioner re-sent this packet yet again, and once it is delivered at the address for the FBOP's Central Office, the Petitioner will receive proof that it was delivered in the form of a return receipt, which he had to pay for yet again, without reason.

The FBOP in it's Program Statement 1330.18, Administrative Remedy Program, states: "The purpose of the Administrative Remedy Program is to allow an inmate to seek formal review of an issue relating to any aspect of his/her own confinement." This is being blatantly disregarded. The FBOP has not taken the Petitioner's Requests for Administrative Remedy seriously. They have all taken longer than the time alloted to be issued a response. The Program Statement says that if the time frame alloted for a response has expired, the inmate can take the abscense of a response as a negative, and per policy go on to the next level, if he/she so desires. The BP-11 form was returned twice because it did not have the response to the BP-10, when the time frame alloted had been expired, and the Petitioner enclosed a typed letter indicating this fact. The Petitioner seeks to receive appropriate dental care. When an inmate first enters the FBOP, on his initial physical exam, he is asked among other things, if he wishes to be placed on a list for dental care. Upon examination it is determined if an inmate requires dental care. The Petitioner has been trying to get dental care in an emergency fashion because he simply does not have teeth, and finds it more and more difficult to eat as time keeps passing without treatment. In the FBOP's Program Statement 6400.03, Section 11, Subsection a, it states: "conditions that are of an immediate, acute, or grave nature and which without care, would cause rapid deterioration of the inmates health, significant irreversible loss of function, or may be life-threatning. The Petitioner clearly falls under the category of SIGNIFICANT IRREVERSIBLE LOSS OF FUNCTION. This is the criteria that is established by the FBOP to qualify for emergency dental care.

The Petitioner seeks that the institution where he is currently designated (USP LOMPOC), as well as the entire FBOP be scrutinized more closely by the Government organization responsible for it's oversight. There were a lot of issues that arose when the COVID-19 outbreak occured here, which was the worst affected prison in the entire Untied States, the COVID-19 outbreak was handled extremely poorly and no one looked into it or did anything about it, but that is beside the point. In general, the medical attention is deplorable. In some cases inmates have to wait as long as one month to be seen by medical personel when reporting an "emergency situation", which technically requires an immediate response. The Petitioner seeks only what is in the FBOP policy, to be issued dental treatment accordingly, and that it be done so in an emergency fashion, because he warrants it.

The institution USP Lompoc, and the entire FBOP as a whole need to be held accountable for all of the violations of it's own policy with regard to the treatment of inmates, both medical/dental, and the overall treatment received by inmates. The Administrative Remedy Process is supposed to be a means for inmates to address issues, and have them reviewed by upper level Bureau staff. This is not being done. When an inmate asks for an Administrative Remedy form, the staff member will ask an inmate what it is for, and if the inmate does not answer him, he simply refuses to hand the inmate the form. The FBOP's policy says that all inmates have the right to file an Administrative Remedy Request, no matter what it is for, it is up to the staff responsible for reviewing them whether or not it is addressed. There have been several instances where staff have blatantly refused to address inmates' issues, and refused to provide inmates with an Administrative Remedy Request.

The Petitioner asks this Honorable Court to address his issue and seek that the FBOP follow it's own policy and address the issues that are brought forth by the inmates. In this case it is a matter of urgent nature. The Petitioner has not teeth and finds it nearly impossible to eat the food that is served here at the prison. Alternative meals are not offered regularly, so even that is out of the Petitioenr's reach. The Petitioner is trying to have his teeth fixed only. This is something that all inmates have the right to get. The Petitioner also seeks that the institution and the FBOP as a whole, be more closely scrutinized by the Government organization that is reponsible for it's oversight. The Petitioner respectfully requests of this court to issue an order for the oversight organization responsible for the FBOP to conduct an investigation regarding the way in which issues brought up by inmates are being addressed, and an overall investigation of the treatment received by inmates from staff. There are a number of instances where staff have exaggerated when exercising their authority. The Petitioner along with the vast majority of inmates have a very limited knowledge of the law. The Petitioner is only seeking that justice be done and inmates along with him receive fair treatment and their issues are addressed in a serious nature, and not discarded without importance, which is what happens most of the time.

The Petitioner has copies of all the documents he has sent to the Central Office and every other document he has filed with respect to this issue. The Petitioenr has copies of the rejection notices and of the time extensions the FBOP has given him notice of. The Petitioner has copies of all the responses to his Administrative Remedy Requests. The Petitioner has copies of inmate requests in which he asked what was the status of his Administrative Remedy Request, and the staff's response. The Petitioner is able to provide copies of all these items upon request of this Honorable Court.

Thank you for your time and attention to this document.

Respectfully submitted and, pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on this the _10_ day of _May_, 2022.

PETITIONER,

Manuel Beltran-Rios
Reg. No. 06699-081
United States Penitentiary
3901 Klein Blvd.
Lompoc, CA 93436

