JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 22-03269-CJC(SHKx)											Date: July 18, 2022

Title: <u>MANUEL BELTRAN-RIOS V. FEDERAL BUREAU OF PRISONS</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| <u>Rolls Royce Paschal</u> | <u>    N/A    </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING PLAINTIFF'S ACTION WITHOUT PREJUDICE**

Plaintiff has failed to pay the required filing fee or file a request to proceed *in forma pauperis* ("IFP"). The Court reiterates, as the Magistrate Judge explained in a prior minute order (Dkt. 6): the Court has statutory authority to waive the <u>prepayment</u> of filing fees; the Court lacks authority to waive entirely the payment of filing fees. Plaintiff has persisted in refusing to file an IFP request. Therefore, the action is **DISMISSED WITHOUT PREJUDICE**.

MINUTES FORM 11
CIVIL-GEN                                                                                     Initials of Deputy Clerk RRP